UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES AMOS, | ) | CASE NO. 1:12 CV 01518 |
| Plaintiff, | ) ) | JUDGE DAN AARON POLSTER |
| vs. | ) ) | **ORDER** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) | |
| Defendant(s). | ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction over the settlement agreement.

IT IS SO ORDERED.

_/s/ Dan Aaron Polster_
Dan Aaron Polster
United States District Judge